JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT ATLAS, | ) | CASE NO. CV 18-8918-FMO (PJW) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| HERNANDEZ, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: April 16, 2019

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE